# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In Re:  Case No. 17-22681

Gregory James Krahn
Kelly L Krahn  Chapter 13

Debtors.  Judge G. Michael Halfenger
_____/

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number  17
Last 4 Digits of Account Number:  6493

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>4849 Greenville Avenue, Suite 800<br>Dallas, TX 75206 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 |
| Phone:<br>Email: | Phone:<br>Email: |

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that on May 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Gregory James Krahn, Debtor
W349S8910 Nesting Lane
Eagle, WI 53119

Kelly L Krahn, Debtor
W349S8910 Nesting Lane
Eagle, WI 53119

Michael J. Watton, Debtors' Counsel
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI 53203
wlgmke@wattongroup.com

Rebecca R. Garcia, Chapter 13 Trustee
PO Box 3170
Oshkosh, WI 54903-3170
filings@ch13oshkosh.com

Office of the U.S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202
ustpregion11.mi.ecf@usdoj.gov

    Respectfully submitted,

    /s/ Jon Lieberman
    Jon Lieberman (OH 0058394)
    Attorney for Secured Creditor
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: 513.444.4100
    bankruptcy@sottileandbarile.com